1  NICHOLAS A. TRUTANICH, NSBN 13644
   United States Attorney
2  District of Nevada
   TINA NAICKER, CSBN 252766
3  Special Assistant United States Attorney
   160 Spear Street, Suite 800
4  San Francisco, California 94105
   Telephone: (415) 268-5611
5  Facsimile: (415) 744-0134
   E-Mail: Tina.Naicker@SSA.gov

   Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA PATTERSON, | Case No. 2:18-cv-01951-APG-PAL |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDNAT TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND/REVERSAL** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from April 8, 2019 to **May 15, 2019**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Counsel was out of the office on intermittent sick leave for two and half weeks with the flu/pneumonia last month and was also subsequently out due to her chronic migraines, which impair her vision following her illness. Counsel also has over 80+ active social security matters, which require two or more dispositive motions per week until mid-May. Due to heavy caseload and unexpected leave, Counsel needs additional time to adequately review the transcript and properly

- 1 -

respond to Plaintiff's Motion for Reversal and/or Remand. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable, as she has been out on sick leave.

Respectfully submitted,

Dated: April 4, 2019

/s/ *Cyrus Safa*
(*as authorized by email on April 4, 2019)
CYRUS SAFA
Attorney for Plaintiff

Dated: April 4, 2019

NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By      /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: April 9, 2019

THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDNAT TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND/REVERSAL** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

Gerald Welt
Gerald M. Welt, Chtd.
732 S. Sixth Street, Ste. 200-D
Las Vegas, NV 89101
702-382-2030
Fax: 702-684-5157
Email: gmwesq@weltlaw.com

Attorneys for Plaintiff

Respectfully submitted this 4th day of April 2019,

　　　　　　　　　　　　　　　　　　　/s/ Tina L. Naicker
　　　　　　　　　　　　　　　　　　　TINA L. NAICKER
　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney