Cyrus Safa
Nevada Bar No: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law:  1575
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax:  (702) 684-5157
E-mail:  gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff
Linda Patterson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA PATTERSON, | Case No.: 2:18-cv-01951-BNW |
| Plaintiff, | STIPULATION AND {PROPOSED} ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE BRENDA WEKSLER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Linda Patterson be awarded attorney fees and expenses in the amount of two thousand four hundred dollars ($2,400.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. §

2412(d), and no costs under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Linda Patterson, the government will consider the matter of Linda Patterson's assignment of EAJA fees to Cyrus Safa.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Linda Patterson, but if the Department of the Treasury determines that Linda Patterson does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Linda Patterson.[1]  Any payments made shall be delivered to Cyrus Safa.

This stipulation constitutes a compromise settlement of Linda Patterson's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Linda Patterson and/or Cyrus Safa including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Cyrus Safa and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: June 8, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　LAW OFFICES OF LAWRENCE D. ROHLFING

　　　　　　　　　　　　　　　　　　/s/ *Cyrus Safa*
　　　　　　　　　　　　　　BY:_____
　　　　　　　　　　　　　　　　　Cyrus Safa
　　　　　　　　　　　　　　　　　Attorney for plaintiff Linda Patterson

DATE: June 8, 2020

　　　　　　　　　　　　　　　　　NICHOLAS A. TRUTANICH
　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　/s/ *Tina Naicker*
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　TINA NAICKER
　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　Attorneys for Defendant ANDREW SAUL,
　　　　　　　　　　　　　　　　　Commissioner of Social Security
　　　　　　　　　　　　　　　　　(Per e-mail authorization)

　　　IT IS SO ORDERED:

DATE: 6/10/2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　THE HONORABLE BRENDA WEKSLER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California 90670.

On this day of June 9, 2020, I served the foregoing document described as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ms. Linda Patterson
2109 Sunrise Avenue, Apt. 4
Las Vegas, NV 89101

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Cyrus Safa
TYPE OR PRINT NAME

/S/ Cyrus Safa
SIGNATURE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER  2:18-CV-01951-BNW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on June 9, 2020.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system, except the plaintiff served herewith by mail.

/s/ *Cyrus Safa*

_____

Cyrus Safa
Attorneys for Plaintiff